## DeBolt et al. *v.* Baldwin Township et al., Appellants.

Argued November 10, 1947. Before MAXEY, C. J., LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

reargument refused January 5, 1948.

*John A. Metz, Jr.,* with him *Irwin I. Tryon* and *Metz & Metz,* for appellants.

*Robert A. Rundle,* with him *John E. Evans, Jr.,* and *Edward R. Lawrence,* for appellees.

PER CURIAM, November 24, 1947:

The appeal is dismissed. As the order in Whitehall Borough Incorporation Case, 358 Pa. 90, has been affimed in an opinion this day filed, the question involved in the present appeal has become moot.